

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Thaddeus R. Maciag, Esq. |
| MACIAG LAW, LLC |
| 475 Wall Street |
| Princeton, New Jersey  08540 |
| (908)704-8800 |
| Attorney for the Debtors-in-Possession |

Order Filed on May 2, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Marcelo Costa & Marla Perry Martins,

Debtors-in-Possession.

Case No.: **15-21138-CMG**
**Chapter 11 Reorganization**
**Judge: Gravelle**
**Hearing Date: 05/17/2016**

## CONSENT ORDER
### FOR SETTLEMENT OF CLAIM, ACCEPTANCE OF PLAN, AND RESOLUTION OF STAY-RELIEF MOTION BY SELECT PORTFOLIO SERVICING, INC., AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-3, ASSET-BACKED CERTIFICATES, SERIES 2006-3
*[as secured by property at 420 Locust Street, Roselle, NJ]*

The relief set forth on the following pages, numbered two (2) through (3), is hereby ORDERED.

**DATED: May 2, 2016**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

1. Whereas, the Debtor filed a Proposed Plan of Reorganization and Disclosure Statement on the Bankruptcy Code on December 7, 2015, and Select Portfolio Servicing, Inc., as servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3 (hereinafter, "SelectPortfolio-DB-LBM-2006-3"), filed a Motion for Stay Relief on February 9, 2016; and

2. Whereas, the parties have settled the differences between them and now stipulate and agree to the terms set forth in this Consent Order, and good and sufficient cause showing for the entry of this Order, it is now ordered as follows:

    (a) That the Plan shall be modified to provide for treatment of Class 4 to read as follows:

    **Class 1 -- Secured Claim of Select Portfolio Servicing, Inc., as servicing agent for Deutsche Bank National Trust Co., as Trustee for registered holders of Long Beach Mortgage Loan Trust 2006-3 / Asset-Backed Certificates Series 2006-3** (hereinafter, "SelectPortfolio-DB-LBM-2006-3") The Allowed Claims of Class 1 shall consist of all Allowed Secured Claims of SelectPortfolio-DB-LBM-2006-3 as to its **First Mortgage** on real property owned by the Debtor(s) at **420 Locust Street, Roselle Park, New Jersey 07204.** The Claims of Class 1 shall consist of the Secured Claim of SelectPortfolio-DB-LBM-2006-3, which has filed a Proof of Claim in the amount of $355,384.39. **(A)** This Class 1 Creditor shall be deemed to be the holder of an Allowed Secured Claim at the value of the underlying collateral, or **$220,0000. (B)** Said debt is to be paid outside the Plan in 360 monthly installments (30 years) at **5.25%** interest, or **$1,214.85 per month**. **(C)** The monthly installments payments shall begin May 1, 2016 (or within three days of this Order being entered) as Adequate Protection Payments, and shall continue on the 1st day of each month

thereafter, and shall then continue in like amount on the 1 $^{st}$ day of each month as of the Effective Date of the Plan. **(D)** The Loan shall remain escrowed. Escrow account to begin with a negative balance representing the amounts paid out post-petition for taxes and insurance and total payment to include a shortage element to pay back said post-petition amounts over 24 months beginning May 1, 2016, plus any amounts needed to fund the escrow account going forward. **(E)** All terms of the original note and mortgage not modified by these terms shall remain in full force and effect including default terms. **(F)** The $135,384.39 balance of the SelectPortfolio-DB-LBM-2006-3 claim shall be reclassified as a Class 10 General Unsecured Claim. This class is impaired.

(b)  That SelectPortfolio-DB-LBM-2006-3 accepts the Plan as modified hereinabove..

The parties, by their counsel below, consent to the form and entry of this Order:

MILSTEAD & ASSOCIATES                MACIAG LAW, LLC

/s/ Matthew C. Waldt,                /s/ Thaddeus R. Maciag
Matthew C. Waldt, Esq.               Thaddeus R. Maciag, Esq.
Attorney for Select                  Attorney for the Debtors-in-Possession
Portfolio Servicing, Inc.,
as servicing agent for Deutsche Bank
National Trust Company, as Trustee, in trust
for registered Holders of Long Beach
Mortgage Loan Trust 2006-3, Asset-Backed
Certificates, Series 2006-3
("SelectPortfolio-DB-LBM-2006-3")

Date: April 29, 2016                 Date: April 29, 2016