

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Thaddeus R. Maciag, Esq.<br>MACIAG LAW, LLC<br>475 Wall Street<br>Princeton, New Jersey 08540<br>(908)704-8800<br>Attorney for the Debtors-in-Possession | **Order Filed on July 5, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>   Marcelo Costa & Marla Perry Martins,<br><br>         Debtors-in-Possession. | Case No.: **15-21138-CMG**<br>Chapter 11 Reorganization<br>Judge: Gravelle<br>Hearing Date: 04/18/2017 |

# CONSENT ORDER
## IN SETTLEMENT OF OBJECTION TO CASE CLOSING
## FILED BY FLAGSTAR BANK FSB

    The relief set forth on the following pages, numbered two (2) through (3) is hereby ORDERED.

**DATED: July 5, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

"In re Marcelo D. Costa & Marla Perry Martins"
Chapter 11; Case #15-21138-CMG
CONSENT ORDER IN SETTLEMENT
OF OBJECTION TO CASE CLOSING FILED BY FLAGSTAR BANK FSB

Whereas, the Debtors filed with this Court a Proposed First Modified Plan of Reorganization (the "Plan") of the Debtor-in-Possession on March 16, 2016, and whereas a Confirmation Order confirming said Plan was entered by this Court on October 11, 2016; and

Whereas, the Clerk of the Court on March 13, 2017 issued a Notice of Intention to Close Case; and whereas, creditor Flagstar Bank FSB on April 11, 2017 filed an Objection to said Notice of Intention to Close Case; and whereas the Debtors-in-Possession on April 18, 2017 filed a Certification with Exhibits and Memorandum of Law, in Support of Case Closing; and

Whereas, the Debtors-in-Possession and Flagstar Bank FSB parties have settled the differences between them and now stipulate and agree to the terms set forth in this Consent Order, and good and sufficient cause showing for the entry of this Order, it is now ordered as follows:

**(1)** That the confirmed Plan of Reorganization is hereby be modified to provide for treatment of Class 4 to read as follows:

> **"Class 3: Secured Claim of Flagstar Bank FSB.** The Allowed Claims of Class 3 shall consist of all Allowed Secured Claims of Flagstar Bank FSB ("Flagstar Bank"). Flagstar Bank holds a First Mortgage on real property owned by the Debtor(s) at 21 Warren Ave., New Jersey 07204. The Claims of Class 3 shall consist of the Secured Claim of Flagstar Bank, which has been scheduled at $538,000.00 Flagstar Bank has not filed a Proof of Claim. This Class 3 Creditor shall be deemed to be the holder of an Allowed Secured Claim at the value of the underlying collateral, or $192,000. Said debt is to be paid outside the Plan in 360 monthly installments (30 years), to be paid at 2.0% interest for Months 1 through 6, and 4.0% interest for months for Months 7 through 360. The payments shall be in the amount of $1,059.73 per month for

"In re Marcelo D. Costa & Marla Perry Martins"
Chapter 11; Case #15-21138-CMG
CONSENT ORDER IN SETTLEMENT
OF OBJECTION TO CASE CLOSING FILED BY FLAGSTAR BANK FSB

Months 1 through 6, after which point the then-remaining balance of the principal sum due will be $187,543.10, which sum shall then be amortized and paid over the 354 remaining months at 4.0%, in 354 equal monthly payments of $903.23 per month, in accord with the Amortization Chart annexed to this Order. **In addition**, the Debtor(s) shall make timely payment of all Property Taxes and Property Insurance premiums when and as due, which Flagstar Bank may at its discretion require to be paid through a monthly escrow payment to be included in each monthly payment. The $346,0000.00 balance of the Flagstar Bank FSB claim shall be reclassified as a Class 11 General Unsecured Claim. This class is impaired."

(2)    That Flagstar Bank FSB withdrew its objection to case closing, and accepts the Plan as modified hereinabove.

(3)    The parties, by the signatures of their counsel below, and the signatures of the Debtors-in-Possession below, hereby consent to the form and entry of this Consent Order:

STERN LAVINTHAL                                  MACIAG LAW, LLC
& FRANKENBERG, LLC

/s/ Ashley L. Rose                               /s/ Thaddeus R. Maciag
Ashley L. Rose, Esq.                             Thaddeus R. Maciag, Esq.
Attorney for Flagstar Bank FSB                   Attorney for the Debtors-in-Possession
Date: June 9, 2017                               Date: June 27, 2017

We, the Debtors-in-Possession, have read and understand the above consent order in settlement between us and Flagstar Bank FSB, have been ably represented by our attorney who has satisfactorily explained this to us, and by our signatures below we agree and consent to this settlement and the above terms and conditions, and to the entry of this Consent Order:

/s/ Marcelo Costa                                /s/ Marla Martins
Marcelo D. Costa.                                Marla Perry Martins
Debtor-in-Possession                             Debtor-in-Possession
Date: June 26, 2017                              June 26, 2017

Principal: 192000.00
Payments per Year: 12
Annual Interest Rate: 2.0000
Number of Regular Payments: 360
Balloon Payment: -172771.22
Payment Amount: 1059.73

☑ Show Amortization Schedule

| Pmt | Principal | Interest | Cum Prin | Cum Int | Prin Bal |
|---|---|---|---|---|---|
| 1 | 739.73 | 320.00 | 739.73 | 320.00 | 191,260.27 |
| 2 | 740.96 | 318.77 | 1,480.69 | 638.77 | 190,519.31 |
| 3 | 742.20 | 317.53 | 2,222.89 | 956.30 | 189,777.11 |
| 4 | 743.43 | 316.30 | 2,966.32 | 1,272.60 | 189,033.68 |
| 5 | 744.67 | 315.06 | 3,710.99 | 1,587.66 | 188,289.01 |
| 6 | 745.91 | 313.82 | 4,456.90 | 1,901.48 | 187,543.10 |

Principal: 187543.10
Payments per Year: 12
Annual Interest Rate: 4.0000
Number of Regular Payments: 354
Balloon Payment: 
Payment Amount: 903.23

☑ Show Amortization Schedule

| Pmt | Principal | Interest | Cum Prin | Cum Int | Prin Bal |
|---|---|---|---|---|---|
| 1 | 278.09 | 625.14 | 278.09 | 625.14 | 187,265.01 |
| 2 | 279.01 | 624.22 | 557.10 | 1,249.36 | 186,986.00 |
| 3 | 279.94 | 623.29 | 837.04 | 1,872.65 | 186,706.06 |
| 4 | 280.88 | 622.35 | 1,117.92 | 2,495.00 | 186,425.18 |
| 5 | 281.81 | 621.42 | 1,399.73 | 3,116.42 | 186,143.37 |
| 6 | 282.75 | 620.48 | 1,682.48 | 3,736.90 | 185,860.62 |
| 7 | 283.69 | 619.54 | 1,966.17 | 4,356.44 | 185,576.93 |
| 8 | 284.64 | 618.59 | 2,250.81 | 4,975.03 | 185,292.29 |
| 9 | 285.59 | 617.64 | 2,536.40 | 5,592.67 | 185,006.70 |
| 10 | 286.54 | 616.69 | 2,822.94 | 6,209.36 | 184,720.16 |

| Pmt | Principal | Interest | Cum Prin | Cum Int | Prin Bal |
|---|---|---|---|---|---|
| 11 | 287.50 | 615.73 | 3,110.44 | 6,825.09 | 184,432.66 |
| 12 | 288.45 | 614.78 | 3,398.89 | 7,439.87 | 184,144.21 |
| 13 | 289.42 | 613.81 | 3,688.31 | 8,053.68 | 183,854.79 |
| 14 | 290.38 | 612.85 | 3,978.69 | 8,666.53 | 183,564.41 |
| 15 | 291.35 | 611.88 | 4,270.04 | 9,278.41 | 183,273.06 |
| 16 | 292.32 | 610.91 | 4,562.36 | 9,889.32 | 182,980.74 |
| 17 | 293.29 | 609.94 | 4,855.65 | 10,499.26 | 182,687.45 |
| 18 | 294.27 | 608.96 | 5,149.92 | 11,108.22 | 182,393.18 |
| 19 | 295.25 | 607.98 | 5,445.17 | 11,716.20 | 182,097.93 |
| 20 | 296.24 | 606.99 | 5,741.41 | 12,323.19 | 181,801.69 |
| 21 | 297.22 | 606.01 | 6,038.63 | 12,929.20 | 181,504.47 |
| 22 | 298.22 | 605.01 | 6,336.85 | 13,534.21 | 181,206.25 |
| 23 | 299.21 | 604.02 | 6,636.06 | 14,138.23 | 180,907.04 |
| 24 | 300.21 | 603.02 | 6,936.27 | 14,741.25 | 180,606.83 |
| 25 | 301.21 | 602.02 | 7,237.48 | 15,343.27 | 180,305.62 |
| 26 | 302.21 | 601.02 | 7,539.69 | 15,944.29 | 180,003.41 |
| 27 | 303.22 | 600.01 | 7,842.91 | 16,544.30 | 179,700.19 |
| 28 | 304.23 | 599.00 | 8,147.14 | 17,143.30 | 179,395.96 |
| 29 | 305.24 | 597.99 | 8,452.38 | 17,741.29 | 179,090.72 |
| 30 | 306.26 | 596.97 | 8,758.64 | 18,338.26 | 178,784.46 |
| 31 | 307.28 | 595.95 | 9,065.92 | 18,934.21 | 178,477.18 |
| 32 | 308.31 | 594.92 | 9,374.23 | 19,529.13 | 178,168.87 |
| 33 | 309.33 | 593.90 | 9,683.56 | 20,123.03 | 177,859.54 |
| 34 | 310.36 | 592.87 | 9,993.92 | 20,715.90 | 177,549.18 |
| 35 | 311.40 | 591.83 | 10,305.32 | 21,307.73 | 177,237.78 |
| 36 | 312.44 | 590.79 | 10,617.76 | 21,898.52 | 176,925.34 |
| 37 | 313.48 | 589.75 | 10,931.24 | 22,488.27 | 176,611.86 |
| 38 | 314.52 | 588.71 | 11,245.76 | 23,076.98 | 176,297.34 |
| 39 | 315.57 | 587.66 | 11,561.33 | 23,664.64 | 175,981.77 |
| 40 | 316.62 | 586.61 | 11,877.95 | 24,251.25 | 175,665.15 |
| 41 | 317.68 | 585.55 | 12,195.63 | 24,836.80 | 175,347.47 |
| 42 | 318.74 | 584.49 | 12,514.37 | 25,421.29 | 175,028.73 |
| 43 | 319.80 | 583.43 | 12,834.17 | 26,004.72 | 174,708.93 |
| 44 | 320.87 | 582.36 | 13,155.04 | 26,587.08 | 174,388.06 |
| 45 | 321.94 | 581.29 | 13,476.98 | 27,168.37 | 174,066.12 |
| 46 | 323.01 | 580.22 | 13,799.99 | 27,748.59 | 173,743.11 |
| 47 | 324.09 | 579.14 | 14,124.08 | 28,327.73 | 173,419.02 |
| 48 | 325.17 | 578.06 | 14,449.25 | 28,905.79 | 173,093.85 |
| 49 | 326.25 | 576.98 | 14,775.50 | 29,482.77 | 172,767.60 |
| 50 | 327.34 | 575.89 | 15,102.84 | 30,058.66 | 172,440.26 |
| 51 | 328.43 | 574.80 | 15,431.27 | 30,633.46 | 172,111.83 |

| Pmt | Principal | Interest | Cum Prin | Cum Int | Prin Bal |
|---|---|---|---|---|---|
| 52 | 329.52 | 573.71 | 15,760.79 | 31,207.17 | 171,782.31 |
| 53 | 330.62 | 572.61 | 16,091.41 | 31,779.78 | 171,451.69 |
| 54 | 331.72 | 571.51 | 16,423.13 | 32,351.29 | 171,119.97 |
| 55 | 332.83 | 570.40 | 16,755.96 | 32,921.69 | 170,787.14 |
| 56 | 333.94 | 569.29 | 17,089.90 | 33,490.98 | 170,453.20 |
| 57 | 335.05 | 568.18 | 17,424.95 | 34,059.16 | 170,118.15 |
| 58 | 336.17 | 567.06 | 17,761.12 | 34,626.22 | 169,781.98 |
| 59 | 337.29 | 565.94 | 18,098.41 | 35,192.16 | 169,444.69 |
| 60 | 338.41 | 564.82 | 18,436.82 | 35,756.98 | 169,106.28 |
| 61 | 339.54 | 563.69 | 18,776.36 | 36,320.67 | 168,766.74 |
| 62 | 340.67 | 562.56 | 19,117.03 | 36,883.23 | 168,426.07 |
| 63 | 341.81 | 561.42 | 19,458.84 | 37,444.65 | 168,084.26 |
| 64 | 342.95 | 560.28 | 19,801.79 | 38,004.93 | 167,741.31 |
| 65 | 344.09 | 559.14 | 20,145.88 | 38,564.07 | 167,397.22 |
| 66 | 345.24 | 557.99 | 20,491.12 | 39,122.06 | 167,051.98 |
| 67 | 346.39 | 556.84 | 20,837.51 | 39,678.90 | 166,705.59 |
| 68 | 347.54 | 555.69 | 21,185.05 | 40,234.59 | 166,358.05 |
| 69 | 348.70 | 554.53 | 21,533.75 | 40,789.12 | 166,009.35 |
| 70 | 349.87 | 553.36 | 21,883.62 | 41,342.48 | 165,659.48 |
| 71 | 351.03 | 552.20 | 22,234.65 | 41,894.68 | 165,308.45 |
| 72 | 352.20 | 551.03 | 22,586.85 | 42,445.71 | 164,956.25 |
| 73 | 353.38 | 549.85 | 22,940.23 | 42,995.56 | 164,602.87 |
| 74 | 354.55 | 548.68 | 23,294.78 | 43,544.24 | 164,248.32 |
| 75 | 355.74 | 547.49 | 23,650.52 | 44,091.73 | 163,892.58 |
| 76 | 356.92 | 546.31 | 24,007.44 | 44,638.04 | 163,535.66 |
| 77 | 358.11 | 545.12 | 24,365.55 | 45,183.16 | 163,177.55 |
| 78 | 359.30 | 543.93 | 24,724.85 | 45,727.09 | 162,818.25 |
| 79 | 360.50 | 542.73 | 25,085.35 | 46,269.82 | 162,457.75 |
| 80 | 361.70 | 541.53 | 25,447.05 | 46,811.35 | 162,096.05 |
| 81 | 362.91 | 540.32 | 25,809.96 | 47,351.67 | 161,733.14 |
| 82 | 364.12 | 539.11 | 26,174.08 | 47,890.78 | 161,369.02 |
| 83 | 365.33 | 537.90 | 26,539.41 | 48,428.68 | 161,003.69 |
| 84 | 366.55 | 536.68 | 26,905.96 | 48,965.36 | 160,637.14 |
| 85 | 367.77 | 535.46 | 27,273.73 | 49,500.82 | 160,269.37 |
| 86 | 369.00 | 534.23 | 27,642.73 | 50,035.05 | 159,900.37 |
| 87 | 370.23 | 533.00 | 28,012.96 | 50,568.05 | 159,530.14 |
| 88 | 371.46 | 531.77 | 28,384.42 | 51,099.82 | 159,158.68 |
| 89 | 372.70 | 530.53 | 28,757.12 | 51,630.35 | 158,785.98 |
| 90 | 373.94 | 529.29 | 29,131.06 | 52,159.64 | 158,412.04 |
| 91 | 375.19 | 528.04 | 29,506.25 | 52,687.68 | 158,036.85 |
| 92 | 376.44 | 526.79 | 29,882.69 | 53,214.47 | 157,660.41 |
| 93 | 377.70 | 525.53 | 30,260.39 | 53,740.00 | 157,282.71 |

| Pmt | Principal | Interest | Cum Prin | Cum Int | Prin Bal |
|---|---|---|---|---|---|
| 94 | 378.95 | 524.28 | 30,639.34 | 54,264.28 | 156,903.76 |
| 95 | 380.22 | 523.01 | 31,019.56 | 54,787.29 | 156,523.54 |
| 96 | 381.48 | 521.75 | 31,401.04 | 55,309.04 | 156,142.06 |
| 97 | 382.76 | 520.47 | 31,783.80 | 55,829.51 | 155,759.30 |
| 98 | 384.03 | 519.20 | 32,167.83 | 56,348.71 | 155,375.27 |
| 99 | 385.31 | 517.92 | 32,553.14 | 56,866.63 | 154,989.96 |
| 100 | 386.60 | 516.63 | 32,939.74 | 57,383.26 | 154,603.36 |
| 101 | 387.89 | 515.34 | 33,327.63 | 57,898.60 | 154,215.47 |
| 102 | 389.18 | 514.05 | 33,716.81 | 58,412.65 | 153,826.29 |
| 103 | 390.48 | 512.75 | 34,107.29 | 58,925.40 | 153,435.81 |
| 104 | 391.78 | 511.45 | 34,499.07 | 59,436.85 | 153,044.03 |
| 105 | 393.08 | 510.15 | 34,892.15 | 59,947.00 | 152,650.95 |
| 106 | 394.39 | 508.84 | 35,286.54 | 60,455.84 | 152,256.56 |
| 107 | 395.71 | 507.52 | 35,682.25 | 60,963.36 | 151,860.85 |
| 108 | 397.03 | 506.20 | 36,079.28 | 61,469.56 | 151,463.82 |
| 109 | 398.35 | 504.88 | 36,477.63 | 61,974.44 | 151,065.47 |
| 110 | 399.68 | 503.55 | 36,877.31 | 62,477.99 | 150,665.79 |
| 111 | 401.01 | 502.22 | 37,278.32 | 62,980.21 | 150,264.78 |
| 112 | 402.35 | 500.88 | 37,680.67 | 63,481.09 | 149,862.43 |
| 113 | 403.69 | 499.54 | 38,084.36 | 63,980.63 | 149,458.74 |
| 114 | 405.03 | 498.20 | 38,489.39 | 64,478.83 | 149,053.71 |
| 115 | 406.38 | 496.85 | 38,895.77 | 64,975.68 | 148,647.33 |
| 116 | 407.74 | 495.49 | 39,303.51 | 65,471.17 | 148,239.59 |
| 117 | 409.10 | 494.13 | 39,712.61 | 65,965.30 | 147,830.49 |
| 118 | 410.46 | 492.77 | 40,123.07 | 66,458.07 | 147,420.03 |
| 119 | 411.83 | 491.40 | 40,534.90 | 66,949.47 | 147,008.20 |
| 120 | 413.20 | 490.03 | 40,948.10 | 67,439.50 | 146,595.00 |
| 121 | 414.58 | 488.65 | 41,362.68 | 67,928.15 | 146,180.42 |
| 122 | 415.96 | 487.27 | 41,778.64 | 68,415.42 | 145,764.46 |
| 123 | 417.35 | 485.88 | 42,195.99 | 68,901.30 | 145,347.11 |
| 124 | 418.74 | 484.49 | 42,614.73 | 69,385.79 | 144,928.37 |
| 125 | 420.14 | 483.09 | 43,034.87 | 69,868.88 | 144,508.23 |
| 126 | 421.54 | 481.69 | 43,456.41 | 70,350.57 | 144,086.69 |
| 127 | 422.94 | 480.29 | 43,879.35 | 70,830.86 | 143,663.75 |
| 128 | 424.35 | 478.88 | 44,303.70 | 71,309.74 | 143,239.40 |
| 129 | 425.77 | 477.46 | 44,729.47 | 71,787.20 | 142,813.63 |
| 130 | 427.18 | 476.05 | 45,156.65 | 72,263.25 | 142,386.45 |
| 131 | 428.61 | 474.62 | 45,585.26 | 72,737.87 | 141,957.84 |
| 132 | 430.04 | 473.19 | 46,015.30 | 73,211.06 | 141,527.80 |
| 133 | 431.47 | 471.76 | 46,446.77 | 73,682.82 | 141,096.33 |
| 134 | 432.91 | 470.32 | 46,879.68 | 74,153.14 | 140,663.42 |

| Pmt | Principal | Interest | Cum Prin | Cum Int | Prin Bal |
|---|---|---|---|---|---|
| 135 | 434.35 | 468.88 | 47,314.03 | 74,622.02 | 140,229.07 |
| 136 | 435.80 | 467.43 | 47,749.83 | 75,089.45 | 139,793.27 |
| 137 | 437.25 | 465.98 | 48,187.08 | 75,555.43 | 139,356.02 |
| 138 | 438.71 | 464.52 | 48,625.79 | 76,019.95 | 138,917.31 |
| 139 | 440.17 | 463.06 | 49,065.96 | 76,483.01 | 138,477.14 |
| 140 | 441.64 | 461.59 | 49,507.60 | 76,944.60 | 138,035.50 |
| 141 | 443.11 | 460.12 | 49,950.71 | 77,404.72 | 137,592.39 |
| 142 | 444.59 | 458.64 | 50,395.30 | 77,863.36 | 137,147.80 |
| 143 | 446.07 | 457.16 | 50,841.37 | 78,320.52 | 136,701.73 |
| 144 | 447.56 | 455.67 | 51,288.93 | 78,776.19 | 136,254.17 |
| 145 | 449.05 | 454.18 | 51,737.98 | 79,230.37 | 135,805.12 |
| 146 | 450.55 | 452.68 | 52,188.53 | 79,683.05 | 135,354.57 |
| 147 | 452.05 | 451.18 | 52,640.58 | 80,134.23 | 134,902.52 |
| 148 | 453.55 | 449.68 | 53,094.13 | 80,583.91 | 134,448.97 |
| 149 | 455.07 | 448.16 | 53,549.20 | 81,032.07 | 133,993.90 |
| 150 | 456.58 | 446.65 | 54,005.78 | 81,478.72 | 133,537.32 |
| 151 | 458.11 | 445.12 | 54,463.89 | 81,923.84 | 133,079.21 |
| 152 | 459.63 | 443.60 | 54,923.52 | 82,367.44 | 132,619.58 |
| 153 | 461.16 | 442.07 | 55,384.68 | 82,809.51 | 132,158.42 |
| 154 | 462.70 | 440.53 | 55,847.38 | 83,250.04 | 131,695.72 |
| 155 | 464.24 | 438.99 | 56,311.62 | 83,689.03 | 131,231.48 |
| 156 | 465.79 | 437.44 | 56,777.41 | 84,126.47 | 130,765.69 |
| 157 | 467.34 | 435.89 | 57,244.75 | 84,562.36 | 130,298.35 |
| 158 | 468.90 | 434.33 | 57,713.65 | 84,996.69 | 129,829.45 |
| 159 | 470.47 | 432.76 | 58,184.12 | 85,429.45 | 129,358.98 |
| 160 | 472.03 | 431.20 | 58,656.15 | 85,860.65 | 128,886.95 |
| 161 | 473.61 | 429.62 | 59,129.76 | 86,290.27 | 128,413.34 |
| 162 | 475.19 | 428.04 | 59,604.95 | 86,718.31 | 127,938.15 |
| 163 | 476.77 | 426.46 | 60,081.72 | 87,144.77 | 127,461.38 |
| 164 | 478.36 | 424.87 | 60,560.08 | 87,569.64 | 126,983.02 |
| 165 | 479.95 | 423.28 | 61,040.03 | 87,992.92 | 126,503.07 |
| 166 | 481.55 | 421.68 | 61,521.58 | 88,414.60 | 126,021.52 |
| 167 | 483.16 | 420.07 | 62,004.74 | 88,834.67 | 125,538.36 |
| 168 | 484.77 | 418.46 | 62,489.51 | 89,253.13 | 125,053.59 |
| 169 | 486.38 | 416.85 | 62,975.89 | 89,669.98 | 124,567.21 |
| 170 | 488.01 | 415.22 | 63,463.90 | 90,085.20 | 124,079.20 |
| 171 | 489.63 | 413.60 | 63,953.53 | 90,498.80 | 123,589.57 |
| 172 | 491.26 | 411.97 | 64,444.79 | 90,910.77 | 123,098.31 |
| 173 | 492.90 | 410.33 | 64,937.69 | 91,321.10 | 122,605.41 |
| 174 | 494.55 | 408.68 | 65,432.24 | 91,729.78 | 122,110.86 |
| 175 | 496.19 | 407.04 | 65,928.43 | 92,136.82 | 121,614.67 |
| 176 | 497.85 | 405.38 | 66,426.28 | 92,542.20 | 121,116.82 |

| Pmt | Principal | Interest | Cum Prin | Cum Int | Prin Bal |
|---|---|---|---|---|---|
| 177 | 499.51 | 403.72 | 66,925.79 | 92,945.92 | 120,617.31 |
| 178 | 501.17 | 402.06 | 67,426.96 | 93,347.98 | 120,116.14 |
| 179 | 502.84 | 400.39 | 67,929.80 | 93,748.37 | 119,613.30 |
| 180 | 504.52 | 398.71 | 68,434.32 | 94,147.08 | 119,108.78 |
| 181 | 506.20 | 397.03 | 68,940.52 | 94,544.11 | 118,602.58 |
| 182 | 507.89 | 395.34 | 69,448.41 | 94,939.45 | 118,094.69 |
| 183 | 509.58 | 393.65 | 69,957.99 | 95,333.10 | 117,585.11 |
| 184 | 511.28 | 391.95 | 70,469.27 | 95,725.05 | 117,073.83 |
| 185 | 512.98 | 390.25 | 70,982.25 | 96,115.30 | 116,560.85 |
| 186 | 514.69 | 388.54 | 71,496.94 | 96,503.84 | 116,046.16 |
| 187 | 516.41 | 386.82 | 72,013.35 | 96,890.66 | 115,529.75 |
| 188 | 518.13 | 385.10 | 72,531.48 | 97,275.76 | 115,011.62 |
| 189 | 519.86 | 383.37 | 73,051.34 | 97,659.13 | 114,491.76 |
| 190 | 521.59 | 381.64 | 73,572.93 | 98,040.77 | 113,970.17 |
| 191 | 523.33 | 379.90 | 74,096.26 | 98,420.67 | 113,446.84 |
| 192 | 525.07 | 378.16 | 74,621.33 | 98,798.83 | 112,921.77 |
| 193 | 526.82 | 376.41 | 75,148.15 | 99,175.24 | 112,394.95 |
| 194 | 528.58 | 374.65 | 75,676.73 | 99,549.89 | 111,866.37 |
| 195 | 530.34 | 372.89 | 76,207.07 | 99,922.78 | 111,336.03 |
| 196 | 532.11 | 371.12 | 76,739.18 | 100,293.90 | 110,803.92 |
| 197 | 533.88 | 369.35 | 77,273.06 | 100,663.25 | 110,270.04 |
| 198 | 535.66 | 367.57 | 77,808.72 | 101,030.82 | 109,734.38 |
| 199 | 537.45 | 365.78 | 78,346.17 | 101,396.60 | 109,196.93 |
| 200 | 539.24 | 363.99 | 78,885.41 | 101,760.59 | 108,657.69 |
| 201 | 541.04 | 362.19 | 79,426.45 | 102,122.78 | 108,116.65 |
| 202 | 542.84 | 360.39 | 79,969.29 | 102,483.17 | 107,573.81 |
| 203 | 544.65 | 358.58 | 80,513.94 | 102,841.75 | 107,029.16 |
| 204 | 546.47 | 356.76 | 81,060.41 | 103,198.51 | 106,482.69 |
| 205 | 548.29 | 354.94 | 81,608.70 | 103,553.45 | 105,934.40 |
| 206 | 550.12 | 353.11 | 82,158.82 | 103,906.56 | 105,384.28 |
| 207 | 551.95 | 351.28 | 82,710.77 | 104,257.84 | 104,832.33 |
| 208 | 553.79 | 349.44 | 83,264.56 | 104,607.28 | 104,278.54 |
| 209 | 555.63 | 347.60 | 83,820.19 | 104,954.88 | 103,722.91 |
| 210 | 557.49 | 345.74 | 84,377.68 | 105,300.62 | 103,165.42 |
| 211 | 559.35 | 343.88 | 84,937.03 | 105,644.50 | 102,606.07 |
| 212 | 561.21 | 342.02 | 85,498.24 | 105,986.52 | 102,044.86 |
| 213 | 563.08 | 340.15 | 86,061.32 | 106,326.67 | 101,481.78 |
| 214 | 564.96 | 338.27 | 86,626.28 | 106,664.94 | 100,916.82 |
| 215 | 566.84 | 336.39 | 87,193.12 | 107,001.33 | 100,349.98 |
| 216 | 568.73 | 334.50 | 87,761.85 | 107,335.83 | 99,781.25 |
| 217 | 570.63 | 332.60 | 88,332.48 | 107,668.43 | 99,210.62 |

| Pmt | Principal | Interest | Cum Prin | Cum Int | Prin Bal |
|---|---|---|---|---|---|
| 218 | 572.53 | 330.70 | 88,905.01 | 107,999.13 | 98,638.09 |
| 219 | 574.44 | 328.79 | 89,479.45 | 108,327.92 | 98,063.65 |
| 220 | 576.35 | 326.88 | 90,055.80 | 108,654.80 | 97,487.30 |
| 221 | 578.27 | 324.96 | 90,634.07 | 108,979.76 | 96,909.03 |
| 222 | 580.20 | 323.03 | 91,214.27 | 109,302.79 | 96,328.83 |
| 223 | 582.13 | 321.10 | 91,796.40 | 109,623.89 | 95,746.70 |
| 224 | 584.07 | 319.16 | 92,380.47 | 109,943.05 | 95,162.63 |
| 225 | 586.02 | 317.21 | 92,966.49 | 110,260.26 | 94,576.61 |
| 226 | 587.97 | 315.26 | 93,554.46 | 110,575.52 | 93,988.64 |
| 227 | 589.93 | 313.30 | 94,144.39 | 110,888.82 | 93,398.71 |
| 228 | 591.90 | 311.33 | 94,736.29 | 111,200.15 | 92,806.81 |
| 229 | 593.87 | 309.36 | 95,330.16 | 111,509.51 | 92,212.94 |
| 230 | 595.85 | 307.38 | 95,926.01 | 111,816.89 | 91,617.09 |
| 231 | 597.84 | 305.39 | 96,523.85 | 112,122.28 | 91,019.25 |
| 232 | 599.83 | 303.40 | 97,123.68 | 112,425.68 | 90,419.42 |
| 233 | 601.83 | 301.40 | 97,725.51 | 112,727.08 | 89,817.59 |
| 234 | 603.84 | 299.39 | 98,329.35 | 113,026.47 | 89,213.75 |
| 235 | 605.85 | 297.38 | 98,935.20 | 113,323.85 | 88,607.90 |
| 236 | 607.87 | 295.36 | 99,543.07 | 113,619.21 | 88,000.03 |
| 237 | 609.90 | 293.33 | 100,152.97 | 113,912.54 | 87,390.13 |
| 238 | 611.93 | 291.30 | 100,764.90 | 114,203.84 | 86,778.20 |
| 239 | 613.97 | 289.26 | 101,378.87 | 114,493.10 | 86,164.23 |
| 240 | 616.02 | 287.21 | 101,994.89 | 114,780.31 | 85,548.21 |
| 241 | 618.07 | 285.16 | 102,612.96 | 115,065.47 | 84,930.14 |
| 242 | 620.13 | 283.10 | 103,233.09 | 115,348.57 | 84,310.01 |
| 243 | 622.20 | 281.03 | 103,855.29 | 115,629.60 | 83,687.81 |
| 244 | 624.27 | 278.96 | 104,479.56 | 115,908.56 | 83,063.54 |
| 245 | 626.35 | 276.88 | 105,105.91 | 116,185.44 | 82,437.19 |
| 246 | 628.44 | 274.79 | 105,734.35 | 116,460.23 | 81,808.75 |
| 247 | 630.53 | 272.70 | 106,364.88 | 116,732.93 | 81,178.22 |
| 248 | 632.64 | 270.59 | 106,997.52 | 117,003.52 | 80,545.58 |
| 249 | 634.74 | 268.49 | 107,632.26 | 117,272.01 | 79,910.84 |
| 250 | 636.86 | 266.37 | 108,269.12 | 117,538.38 | 79,273.98 |
| 251 | 638.98 | 264.25 | 108,908.10 | 117,802.63 | 78,635.00 |
| 252 | 641.11 | 262.12 | 109,549.21 | 118,064.75 | 77,993.89 |
| 253 | 643.25 | 259.98 | 110,192.46 | 118,324.73 | 77,350.64 |
| 254 | 645.39 | 257.84 | 110,837.85 | 118,582.57 | 76,705.25 |
| 255 | 647.55 | 255.68 | 111,485.40 | 118,838.25 | 76,057.70 |
| 256 | 649.70 | 253.53 | 112,135.10 | 119,091.78 | 75,408.00 |
| 257 | 651.87 | 251.36 | 112,786.97 | 119,343.14 | 74,756.13 |
| 258 | 654.04 | 249.19 | 113,441.01 | 119,592.33 | 74,102.09 |
| 259 | 656.22 | 247.01 | 114,097.23 | 119,839.34 | 73,445.87 |

| Pmt | Principal | Interest | Cum Prin | Cum Int | Prin Bal |
|---|---|---|---|---|---|
| 260 | 658.41 | 244.82 | 114,755.64 | 120,084.16 | 72,787.46 |
| 261 | 660.61 | 242.62 | 115,416.25 | 120,326.78 | 72,126.85 |
| 262 | 662.81 | 240.42 | 116,079.06 | 120,567.20 | 71,464.04 |
| 263 | 665.02 | 238.21 | 116,744.08 | 120,805.41 | 70,799.02 |
| 264 | 667.23 | 236.00 | 117,411.31 | 121,041.41 | 70,131.79 |
| 265 | 669.46 | 233.77 | 118,080.77 | 121,275.18 | 69,462.33 |
| 266 | 671.69 | 231.54 | 118,752.46 | 121,506.72 | 68,790.64 |
| 267 | 673.93 | 229.30 | 119,426.39 | 121,736.02 | 68,116.71 |
| 268 | 676.17 | 227.06 | 120,102.56 | 121,963.08 | 67,440.54 |
| 269 | 678.43 | 224.80 | 120,780.99 | 122,187.88 | 66,762.11 |
| 270 | 680.69 | 222.54 | 121,461.68 | 122,410.42 | 66,081.42 |
| 271 | 682.96 | 220.27 | 122,144.64 | 122,630.69 | 65,398.46 |
| 272 | 685.24 | 217.99 | 122,829.88 | 122,848.68 | 64,713.22 |
| 273 | 687.52 | 215.71 | 123,517.40 | 123,064.39 | 64,025.70 |
| 274 | 689.81 | 213.42 | 124,207.21 | 123,277.81 | 63,335.89 |
| 275 | 692.11 | 211.12 | 124,899.32 | 123,488.93 | 62,643.78 |
| 276 | 694.42 | 208.81 | 125,593.74 | 123,697.74 | 61,949.36 |
| 277 | 696.73 | 206.50 | 126,290.47 | 123,904.24 | 61,252.63 |
| 278 | 699.05 | 204.18 | 126,989.52 | 124,108.42 | 60,553.58 |
| 279 | 701.38 | 201.85 | 127,690.90 | 124,310.27 | 59,852.20 |
| 280 | 703.72 | 199.51 | 128,394.62 | 124,509.78 | 59,148.48 |
| 281 | 706.07 | 197.16 | 129,100.69 | 124,706.94 | 58,442.41 |
| 282 | 708.42 | 194.81 | 129,809.11 | 124,901.75 | 57,733.99 |
| 283 | 710.78 | 192.45 | 130,519.89 | 125,094.20 | 57,023.21 |
| 284 | 713.15 | 190.08 | 131,233.04 | 125,284.28 | 56,310.06 |
| 285 | 715.53 | 187.70 | 131,948.57 | 125,471.98 | 55,594.53 |
| 286 | 717.91 | 185.32 | 132,666.48 | 125,657.30 | 54,876.62 |
| 287 | 720.31 | 182.92 | 133,386.79 | 125,840.22 | 54,156.31 |
| 288 | 722.71 | 180.52 | 134,109.50 | 126,020.74 | 53,433.60 |
| 289 | 725.12 | 178.11 | 134,834.62 | 126,198.85 | 52,708.48 |
| 290 | 727.54 | 175.69 | 135,562.16 | 126,374.54 | 51,980.94 |
| 291 | 729.96 | 173.27 | 136,292.12 | 126,547.81 | 51,250.98 |
| 292 | 732.39 | 170.84 | 137,024.51 | 126,718.65 | 50,518.59 |
| 293 | 734.83 | 168.40 | 137,759.34 | 126,887.05 | 49,783.76 |
| 294 | 737.28 | 165.95 | 138,496.62 | 127,053.00 | 49,046.48 |
| 295 | 739.74 | 163.49 | 139,236.36 | 127,216.49 | 48,306.74 |
| 296 | 742.21 | 161.02 | 139,978.57 | 127,377.51 | 47,564.53 |
| 297 | 744.68 | 158.55 | 140,723.25 | 127,536.06 | 46,819.85 |
| 298 | 747.16 | 156.07 | 141,470.41 | 127,692.13 | 46,072.69 |
| 299 | 749.65 | 153.58 | 142,220.06 | 127,845.71 | 45,323.04 |
| 300 | 752.15 | 151.08 | 142,972.21 | 127,996.79 | 44,570.89 |

| Pmt | Principal | Interest | Cum Prin | Cum Int | Prin Bal |
|---|---|---|---|---|---|
| 301 | 754.66 | 148.57 | 143,726.87 | 128,145.36 | 43,816.23 |
| 302 | 757.18 | 146.05 | 144,484.05 | 128,291.41 | 43,059.05 |
| 303 | 759.70 | 143.53 | 145,243.75 | 128,434.94 | 42,299.35 |
| 304 | 762.23 | 141.00 | 146,005.98 | 128,575.94 | 41,537.12 |
| 305 | 764.77 | 138.46 | 146,770.75 | 128,714.40 | 40,772.35 |
| 306 | 767.32 | 135.91 | 147,538.07 | 128,850.31 | 40,005.03 |
| 307 | 769.88 | 133.35 | 148,307.95 | 128,983.66 | 39,235.15 |
| 308 | 772.45 | 130.78 | 149,080.40 | 129,114.44 | 38,462.70 |
| 309 | 775.02 | 128.21 | 149,855.42 | 129,242.65 | 37,687.68 |
| 310 | 777.60 | 125.63 | 150,633.02 | 129,368.28 | 36,910.08 |
| 311 | 780.20 | 123.03 | 151,413.22 | 129,491.31 | 36,129.88 |
| 312 | 782.80 | 120.43 | 152,196.02 | 129,611.74 | 35,347.08 |
| 313 | 785.41 | 117.82 | 152,981.43 | 129,729.56 | 34,561.67 |
| 314 | 788.02 | 115.21 | 153,769.45 | 129,844.77 | 33,773.65 |
| 315 | 790.65 | 112.58 | 154,560.10 | 129,957.35 | 32,983.00 |
| 316 | 793.29 | 109.94 | 155,353.39 | 130,067.29 | 32,189.71 |
| 317 | 795.93 | 107.30 | 156,149.32 | 130,174.59 | 31,393.78 |
| 318 | 798.58 | 104.65 | 156,947.90 | 130,279.24 | 30,595.20 |
| 319 | 801.25 | 101.98 | 157,749.15 | 130,381.22 | 29,793.95 |
| 320 | 803.92 | 99.31 | 158,553.07 | 130,480.53 | 28,990.03 |
| 321 | 806.60 | 96.63 | 159,359.67 | 130,577.16 | 28,183.43 |
| 322 | 809.29 | 93.94 | 160,168.96 | 130,671.10 | 27,374.14 |
| 323 | 811.98 | 91.25 | 160,980.94 | 130,762.35 | 26,562.16 |
| 324 | 814.69 | 88.54 | 161,795.63 | 130,850.89 | 25,747.47 |
| 325 | 817.41 | 85.82 | 162,613.04 | 130,936.71 | 24,930.06 |
| 326 | 820.13 | 83.10 | 163,433.17 | 131,019.81 | 24,109.93 |
| 327 | 822.86 | 80.37 | 164,256.03 | 131,100.18 | 23,287.07 |
| 328 | 825.61 | 77.62 | 165,081.64 | 131,177.80 | 22,461.46 |
| 329 | 828.36 | 74.87 | 165,910.00 | 131,252.67 | 21,633.10 |
| 330 | 831.12 | 72.11 | 166,741.12 | 131,324.78 | 20,801.98 |
| 331 | 833.89 | 69.34 | 167,575.01 | 131,394.12 | 19,968.09 |
| 332 | 836.67 | 66.56 | 168,411.68 | 131,460.68 | 19,131.42 |
| 333 | 839.46 | 63.77 | 169,251.14 | 131,524.45 | 18,291.96 |
| 334 | 842.26 | 60.97 | 170,093.40 | 131,585.42 | 17,449.70 |
| 335 | 845.06 | 58.17 | 170,938.46 | 131,643.59 | 16,604.64 |
| 336 | 847.88 | 55.35 | 171,786.34 | 131,698.94 | 15,756.76 |
| 337 | 850.71 | 52.52 | 172,637.05 | 131,751.46 | 14,906.05 |
| 338 | 853.54 | 49.69 | 173,490.59 | 131,801.15 | 14,052.51 |
| 339 | 856.39 | 46.84 | 174,346.98 | 131,847.99 | 13,196.12 |
| 340 | 859.24 | 43.99 | 175,206.22 | 131,891.98 | 12,336.88 |
| 341 | 862.11 | 41.12 | 176,068.33 | 131,933.10 | 11,474.77 |
| 342 | 864.98 | 38.25 | 176,933.31 | 131,971.35 | 10,609.79 |

| Pmt | Principal | Interest | Cum Prin | Cum Int | Prin Bal |
|---|---|---|---|---|---|
| 343 | 867.86 | 35.37 | 177,801.17 | 132,006.72 | 9,741.93 |
| 344 | 870.76 | 32.47 | 178,671.93 | 132,039.19 | 8,871.17 |
| 345 | 873.66 | 29.57 | 179,545.59 | 132,068.76 | 7,997.51 |
| 346 | 876.57 | 26.66 | 180,422.16 | 132,095.42 | 7,120.94 |
| 347 | 879.49 | 23.74 | 181,301.65 | 132,119.16 | 6,241.45 |
| 348 | 882.43 | 20.80 | 182,184.08 | 132,139.96 | 5,359.02 |
| 349 | 885.37 | 17.86 | 183,069.45 | 132,157.82 | 4,473.65 |
| 350 | 888.32 | 14.91 | 183,957.77 | 132,172.73 | 3,585.33 |
| 351 | 891.28 | 11.95 | 184,849.05 | 132,184.68 | 2,694.05 |
| 352 | 894.25 | 8.98 | 185,743.30 | 132,193.66 | 1,799.80 |
| 353 | 897.23 | 6.00 | 186,640.53 | 132,199.66 | 902.57 |
| 354 | *902.57 | 3.01 | 187,543.10 | 132,202.67 | 0.00 |

*The final payment has been adjusted to account for payments having been rounded to the nearest cent.