| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Jeffrey M. Sponder, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Email: jeffrey.m.sponder@usdoj.gov | **Order Filed on July 17, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Marcelo D. Costa and Marla Perry Martins,<br><br>Debtors. | Case No.: 15-21138 (CMG)<br><br>Chapter 11<br><br>Hearing Date: July 18, 2017 @ 2:00 p.m.<br><br>Judge: Christine M. Gravelle |

## ORDER CLOSING CASE

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 17, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Marcelo D. Costa and Marla Perry Martins
Chapter 11 Case No.:  15-21138 (CMG)
**Order Closing Case**

_____

      **THIS MATTER** having been opened to the Court by the Notice of Intention to Close Case filed by the Clerk of the Bankruptcy Court, and the United States Trustee having objected to the closing of the case; and the parties having resolved the objection; and for other good cause shown, it is hereby;

      **ORDERED** that the case be and hereby is closed; and it is further

      **ORDERED** that within 25 days following the entry of this Order, the Debtors shall file any and all outstanding monthly operating reports on the electronic docket, shall file any and all outstanding quarterly operating reports on the electronic docket including but not limited to the second quarter of 2017, shall provide disbursement information for the third quarter of 2017 to the Office of the United States Trustee, and shall pay any and all statutory fees due and owing pursuant to 28 U.S.C. Section 1930(a)(6) to the Office of the United States Trustee; and it is further

      **ORDERED** that in the event the Debtors fail to comply with the above paragraph, the case will be reopened and converted to a chapter 7 case *nunc pro tunc* to the date this Order is entered upon submission of a certificate of default by the United States Trustee, by and through counsel, on five (5) days' notice to the Debtors and the Debtors' counsel, without the need for filing a separate motion to reopen the case. The Debtors consent to the reopening of this case and the conversion to a chapter 7 case pursuant to the procedures set forth herein.