Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 15−21138−CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Marcelo D. Costa | Marla Perry Martins |
| 16 Chimney Court | 16 Chimney Court |
| Laurence Harbor, NJ 08879 | Laurence Harbor, NJ 08879 |

Social Security No.:
  xxx−xx−3119                                                              xxx−xx−3825

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 24, 2017</u>              <u>Christine M. Gravelle</u>
                                                      Judge, United States Bankruptcy Court